IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EUGENE VENT, KEVIN PEASE,
and GEORGE FRESE,                           )
                                            )
                       Plaintiff,           )
                                            )
    vs.                                     )
                                            )
CITY OF FAIRBANKS, JAMES GEIER,             )
CLIFFORD AARON RING, CHRIS NOLAN,           )
DAVE KENDRICK, DOE OFFICERS 1-10,           )
and DOE SUPERVISORS 1-10,                   )       No. 4:17-cv-0035-HRH
                                            )
                       Defendants.          )
_____)

O R D E R

Case Status

    Plaintiffs have appeared in this case pro se, that is, they are representing themselves, which they are entitled to do. However, like attorneys, pro se plaintiffs are required to adhere to court rules and to comply with court orders.

    The plaintiffs are reminded of the need to comply with the requirements of the court's order of January 19, 2018,[1] which, among other things, requires that the plaintiffs' complaint be served upon all of the named defendants.

    Also, and the immediate cause for the court's concern, is the requirement that the court always have a current mailing address and phone number. When this case was filed, each of the plaintiffs completed a civil cover sheet as required by Local Rule 3.1(a),

---

[1] Docket No. 9.

Order – Case Status                                                            - 1 -

containing their mailing addresses. On or about February 6, 2018, mail addressed to plaintiff Pease at the address which was provided to the clerk of court was returned, marked "not at this address." Pro se plaintiffs must keep the court informed regarding a current address, else they will not receive information about the progress of the case.

Perhaps Mr. Pease's co-plaintiffs know of Mr. Pease's current whereabouts. Assuming they do, the co-plaintiffs will please contact Mr. Pease, give him a copy of this order, and advise him of the necessity of providing the clerk of court with a current address.

Mr. Pease is also advised that should he fail to effect service of his complaint upon a defendant by 90 days from December 18, 2017 (the date upon which his complaint was filed), Mr. Pease's complaint is subject to dismissal pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED at Anchorage, Alaska, this 12th day of February, 2018.

/s/ H. Russel Holland
United States District Judge

Order – Case Status - 2 -

Case 4:17-cv-00035-HRH   Document 11   Filed 02/12/18   Page 2 of 2