# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARVIN ROBERTS, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF FAIRBANKS, *et al.*,<br><br>    Defendants. | Case No. 4:17-cv-00034-SLG<br><br>CONSOLIDATED |
| EUGENE VENT, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>CITY OF FAIRBANKS, *et al.*,<br><br>    Defendants. | Case No. 4:17-cv-00035-SLG |

**ORDER RE STIPULATIONS OF DISMISSAL WITH PREJUDICE**

Before the Court at Docket 201 is Plaintiffs/Counterclaim Defendants George Frese and Kevin Pease and Defendants/Counterclaimants City of Fairbanks James Geier, Clifford Aaron Ring, Chris Nolan, Dave Kendrick, Doe Officers 1-10, and Doe Supervisors 1-10's *Stipulation for Dismissal with Prejudice*. The Court has reviewed and APPROVES the Stipulation. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted, or which could have been asserted by and between them in this matter are DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

Also before the Court at Docket 204 is Plaintiff/Counterclaim Defendant Eugene Vent and Defendants/Counterclaimants City of Fairbanks, James Geier, Clifford Aaron Ring, Chris Nolan, Dave Kendrick, Doe Officers 1-10, and Doe Supervisors 1-10's *Stipulation for Dismissal with Prejudice*. The Court has reviewed and APPROVES the Stipulation. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted, or which could have been asserted by and between them in this matter are DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

In light of these stipulations for dismissal, the Clerk of Court is directed close Case No. 4:17-cv-00035-SLG.

DATED this 29th day of September, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:17-cv-00024-SLG, *Roberts v. City of Fairbanks, et al.*
Order re Stipulations for Dismissal with Prejudice
Page 2 of 2
Case 4:17-cv-00035-SLG   Document 33   Filed 09/29/23   Page 2 of 2